September 21, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

### VERTICAL NORTH AMERICA, INC. N/K/A RAIZEN NORTH AMERICA, INC., Appellant

NO. 14-15-01088-CV                              V.

### VOPAK TERMINAL DEER PARK, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Vopak Terminal Deer Park, Inc., signed September 23, 2015, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Vopak Terminal Deer Park, Inc.

We further order this decision certified below for observance.